# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **PATSY SHEPHERD,** | Cause No. CV-17-40-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| **NATIONAL RAILROAD PASSENGER CORPORATION,** a/k/a **AMTRAK;** and **CHARLES HENRY PINNER,** | |
| Defendants. | |

This matter, having come before the Court pursuant to the stipulated motion of the parties for an order of dismissal, and the Court being otherwise fully advised in the premise.

**IT IS HEREBY ORDERED** that the above-entitled action is hereby **DISMISSED** with prejudice and without costs or attorney fees to any party.

DATED this 15th day of January, 2019.

_____
Brian Morris
United States District Court Judge